IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 13-CV-11325-DPW

PAUL JONES,
      Plaintiff

vs.

CENTRAL PORTFOLIO CONTROL,
INC.,
      Defendant

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby agree and stipulate that all claims in this action shall be, and they hereby are, dismissed with prejudice and without costs.  The parties waive all rights of appeal, and each shall bear their own attorney's fees and costs.

**PAUL JONES, pro se**

/s/ Paul Jones
_____
Paul Jones
572 Park Street
Stoughton, MA   02072
Pj22765@gmail.com

**CENTRAL PORTFOLIO CONTROL, INC.**
By its attorney,

/s/ Steven S. Broadley
_____
Steven S. Broadley, BBO #542305
Posternak Blankstein & Lund LLP
800 Boylston Street, 33rd Floor
Boston, MA  02199
617-973-6100
sbroadley@pbl.com

1

<u>CERTIFICATE OF SERVICE</u>

IT IS CERTIFIED that the foregoing document was filed this 15th day of August, 2013 through the ECF filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by mail to Paul Jones, 572 Park Street, Stoughton, MA 02072 and by email at pj22765@gmail.com.

/s/ Steven S. Broadley

_____

Steven S. Broadley

2